FILED IN DISTRICT COURT
OKLAHOMA COUNTY

CIV 23 381   APR - 3 2023

RICK WARREN
COURT CLERK
PRW 40

CJ-2023-1797


*1055175799*

Statement of claim for:
Personal Injury/ Wrongful Death
Please review video before reviewing statement for claim
https://youtube/A-Gye8790

The malice acts with direct intent to injure and harm the claimant. I Chandra graham faced injury by the neglect of duty, neglect to intervene by the officer's named an attached in document SF-95 causing the damages as followed second and third degree burns covering my entire face, my scalp, my neck, my shoulders, arms, chest and back in which developed into burn folliculitis a permanent reoccurring disorder/disease, seizures and more. all of these accounts of injury were caused by officers under oath and working under the color of law in efforts of justice for all I had a background check conducted on each one of the individually named officers due to my assumptions that these officers may be repeat offenders my assumptions were found to be true I was able to find more than half of the listed officials have had countless suits filed against them over the past 10 years by numerous individuals in countless government tort claim cases filed here in the state of Oklahoma as for proof of damages I bring forward to the courts my medical reports alongside to be shown with the intake report released from the jail proving their responsibility for all claims pressed in my medical reports certified medical doctors have documented extensive damages in which most likely will tally up to more than I'm pressing especially for the intent to damage my mental stability and ensure in hopes I would be incapable of Justice by contacting the hospital before my arrival with the false statement that I would be arriving in the condition that I was and was in need of treatment and medication that would be best suited for a person that would have mental instability and illnesses of a person that would rub fecal matter and urine in their own face someone that would inflict this severe of a injury on themselves these absurd statements in which the intake report does not support due to the fact that there's no statement detailing action stated being taken in they're too detailed intake report where any officers stated and taken me to the shower to clean off all the falsely accused fecal matter and urine apparently rubbed in my face because I was never giving a shower to wash off all the stated excrement they had tried to inform doctors ahead of my arrival knowing I could not speak very well and in hopes of the medication the Emergency room would give me would give me would be strong enough medication for someone that was mentally ill and capable of doing such disgusting acts that surely on top of what I had endured it would completely destroy my mental stability an attempt to completely eliminate the possibility of me trying to seek and receive to due Justice served by my own given coherent reliable statement but failing to document in there intake report a supported statement of action to place me in the shower and anyone with common sense would know that if I had done that I would have been too filthy and smell too awful for anyone to touch me surely would have been unable to be transported in those means that but I was transported and never reported to have a shower because that was a false statement given by an officer trying to cover up the torturous behavior that was the actual causation of my injury's

luckily with my family by my side to observe the treatment given to me they were able to realize what was going on and instruct me to stop taking the medication that was eating away at my faculties before it was too late

FILED
MAY 0 4 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ , DEPUTY

therefore I do ask the courts to please be aware that I will be using this award to put a stop to the hate crime in which I was wrongfully arrested with malice intent to subject me to torture and forcing me to be another victim of the hate crime still currently being conducted within the four walls of The federally funded government facility Oklahoma County Jail located at 201 N. Shartel Oklahoma City, Oklahoma 73102 stripping me of my civil rights and violating me and the Constitution with acts of perjury while under oath on the clock with willful neglect of duty willfully neglecting request for simple maintenance that could have prevented countless injuries and death to countless individuals so acknowledge I also will use this award to expose to The House of Representatives  The acts of  moral turpitude being condoned with positive reinforcement given for their acts by Governor stitt and senator lankford gave effort to show their support
By providing to a mass if not guaranteed large group of fraudulent officials for depriving I, and other citizens of their rights under the color of law conspiring to perform perjury in a act of a hate crime Stitt and lankford showed their support towards these activities with an attempt to give positive reinforcement these officers by pressing by request from the federal government to pay $10,000 in bonuses as referenced here https://youtube/7w5FFsh giving these officers another reward here in 2023 for their injust criminal behaviors to go  alongside the reward that was approved by Governor stitt in bill HB 1064 passed 4/20/21 for bonuses to all these now twice sense my injury  one of these bonuses being set to be signed for approval last week after I had reached out to both of them personally to inform the about the hate crime I had endured and sharing my knowledge  I had aqquared about these of officers there misconduct and there repeated offenses that have found to have been filed and charged countless times in government tort claims being covered by federal insurance placed in hopes to provide securities to those so they will provide securities to to all the civilians for a safer better tomorrow this federal insurance and how far these officers that I had now made them aware of these officials working under there hand  went  countess individuals for willful neglect to intervene, willful neglected duty, burglary,theft, assault, and the act of witnessing and not reporting the professional misconduct hoping to give them the opportunity to supeana the officers in impeachment court for removal of the positions in office and to be properly procecuted for the crimes that they had committed  giving both senator lankford and Governor Stitt the opportunity to not have the on the opposed side if  this litigation  reference during each one of the the four request for contact sent out to both senator lankford and Governor stitt written detailed request for response to give more information about the moral turpitude going on in their community and all these requests for meetings I also informed them of an additional person that would be attending these meetings it would be someone able to give witness of me condoning these requested conferences actually the other person I suggested I contact but these officials as a suggestion to to help me seek Justice and be able to achieve the goal I had sent before myself too help the people in my community that are  day by day being forced to endure what I did  in fact they stated I quote who makes the laws we should go to their office because they got to enforce them unquote  I insured to use the word moral turpitude defined as
A crime of moral turpitude is a crime that disrespects and antagonizes societal norms. Typically, crimes involving moral turpitude are done with vicious, evil intent. They contradict rules upheld by polite society to the point where the crime itself is seen as shocking and disgusting.and I was hoping that hearing  the term would ring a bell to them  being in office sense the immediate procecution  for that federal crime being committed in  in office is impeachment and we all no

the one word Governors and senators never want to hear is the wordword impeachment so I prayed they'd heard the term they would be reminded of there governance when they heard the term and they would show there true colors and act quick to address the matters concerning these officers by subpoenaing these officers for impeachment before they were impeached themselves for condoning the malicious acts being done in this monstrosity and I insured to let them know about my upcoming deadline giving them the opportunity to be prudent with the time they were taking on addressing this matter in which they failed to do so another note I would like the courts to take note of is the question why do we to lack an accumulance of professional misconduct reports being submitted by officers on there coworkers aka other officers is because these officers are not reporting the misconduct because they are conspiring to commit this professional misconduct with malice intent injure inmates of whom they choose even if the inmate is like I blessed with the ability to prove absolute innocence for the charges originally pressed in arresting case file CPC-2021-2010 in which when attending arraignment I was informed by judge McCray arraignment judge of Oklahoma County that after reading the arrest report that all my charges will be dismissed due to the absurd statement given by the arresting officer and I will also unveil the attempt to frivolously spend 40 million dollars on a unnecessary expenditure such as a new building without doing even as much as visiting the facility after it has failed the first inspection reason why the building was not condemned is because the building only needs simple maintenance to bring the deficiencies up to code on the first inspection and you all were informed of 45 fixable deficiencies deficiencies in which are Oklahoma code enforcement found the deficiencies to be simple deficiencies in which there was no need for them to condemn the building and they did not deem the building as inhabitable the following inspections the other deficiencies had been dealt with but there were 24 deficiencies in five different inspections that the duty and responsibility placed in the hands of these fraudulent officers given the duty to fix these other simple deficiencies in the same manner they did for the other 21 deficiencies and the protocol used for that is they submitted a simple maintenance request and the deficiency was fixed and passed inspection with ease why code enforcement still had not condemned this building because these deficiencies are simple maintenance deficiencies better not good enough reasons to deem this building has inhabitable and the only reason there is 24 repeated deficiencies found in various locations within the that facility that after five inspections these 24 deficiencies still exist without change to their state and when asked about the deficiencies Oklahoma County has still yet to give a response within 4 months after 5 inspections they have not sent out a simple maintenance request for those 24 deficienciesis in various locations within side the jail because the location of those 24 deficiencies are locations that have been delegated for use in the facility as specified torture chambers where they conduct there repeated act heinous cruel and unusual inhumane treatment of the incarcerated leaving governor Stitt approving of another bill a misappropriation of funds due to lack of investigation that could be conducted by a simple a personal walk through the facility to view what these 24 repeated deficiencies that have still yet been given reason upon why they have not been brought up to code this misappropriation of the federal funds is the reasoning sheriff wetzel resigned from his position not wanting to be held a responsible or take any part in the misappropriation of funds such as the 40 million dollar expenditure to build a new building a wasteful expenditure delegating government funds to only prove what I will be proving weather or not this litigation goes to trial that it is not the building

nor the lack of staff it is simply the fraudulent officials practicing their acts of perjury embezzlement of federal money by misappropriation of funds and hate crime being conducted by the fraudulent officers within the buildingThis claimant would like to thank you for your time and this time would like to rest its case in the **best interest of Justice**

Word count :2077

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|
| 1. Submit to Appropriate Federal Agency: Oklahoma county clerk court court records<br>The office of John Kevin stitt<br><br>The office is senator James Paul lankford<br><br>Oklahoma county jail to the officer's names is followed | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Chandra Graham<br><br>8232 nw 85th | |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☑ CIVILIAN | 12/09/1995 | Single | 03/24/21-03/29/2021 | 1:21am |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Agency: OKLAHOMA CITY POLICE DEPT.

J.pacer
commission # 1859
Governor John kevin stitt

Williams, ARNP-CNP, Stephanie
Irvin, Alicia
Fitzpatrick, RN, Jeri

Okongor r, Sanaria
Henderson, Michelle
Zazueta, Valerie
Senator James Paul Lankford

Hanes, MAT, ATR-BC, LPC, Michael
Williams, Misty
RIDER,LPN, ALIY

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Reference: https://youtu.be/A-Gye/B79o

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Statement attached in second document attached to this e-filed by email referenced by title of continued statement for Personal Injury/Wrongful Death claim

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Leola graham, rakeesha graham<br>Kirk Jackson<br>Tilman county chief rep<br>67k and counting on YouTube | 8232 nw 85th, Oklahoma city, OK, 73132<br>10316 se 74th<br>3737 SW 42nd., Remote |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | 207 billion dollars | | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* Chandra Graham | 4058003660 | 03/24/2023 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |
| 15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No |
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No   17. If deductible, state amount. |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts). |
| 19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No |

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK